**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**KENFORD E. GEORGE.,**

        **Plaintiff,**                        1:22-cv-00056-WAL-EAH

    **v.**

**GLENCORE LTD., and JOHN DOE, INC.**

        **Defendants.**
_____

**TO:**    Daniel H. Charest, Esq.
           Harry Richard Yelton, Esq.
           John-Russell Bart Pate, Esq.
           Korey A. Nelson, Esq.
           Warren T. Burns, Esq.
           Douglas L. Capdeville, Esq.
           Jacques Semmelman, Esq.

**ORDER**

THIS MATTER comes before the Court on the Motion for an Informal Conference filed by Defendant Glencore, Ltd. Dkt. No. 74. In the letter, counsel for Glencore asserts that Plaintiff has continued to provide incomplete and evasive responses to its discovery requests and continues to invoke legally invalid objections. *Id.*

In order to prepare for the Informal Conference, the Court will order Plaintiff to file a response to Defendant's letter-request, setting forth his position on the discovery issues, and will then set the conference.

Accordingly, it is hereby **ORDERED** :

1. Defendant's Motion for an Informal Conference, Dkt. No. 74, is **GRANTED**.

*George v. Glencore*
1:22-cv-00056-WAL-EAH
Order
Page 2

2. Plaintiff shall file a response to Defendant's Motion for an Informal Conference on or before **September 5, 2023**.

ENTER:

Dated: August 30, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE